1  THOMAS K. HOCKEL (State Bar No. 172367)
2  KELLY, HOCKEL & KLEIN P.C.
   44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:   415/951-0535
4  Facsimile:   415/391-7808
   thockel@khklaw.com
5
6  Attorneys for Defendant
   HARTFORD FINANCIAL SERVICES GROUP, INC.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON and OSCAR GUITON, JR, | Case No. C 09-0195 MMC |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, | |
| Defendant. | |

---

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

C09-0195 MMC

Plaintiffs JANET ROBINSON and OSCAR GUITON, JR ("Plaintiffs") and defendant HARTFORD FINANCIAL SERVICES GROUP ("Defendant"), by and through their respective counsel, submit the following stipulation to continue the case management conference in the captioned matter.

1. This matter is set for an Initial Case Management Conference ("CMC") on April 24, 2009.

2. Lead counsel for Defendant will be in New York City attending a Defense Research Institute conference on April 24, 2009, and thus he is unable to attend the CMC.

3. The parties have conferred and have agreed to continue the CMC to a date that is convenient to counsel.

### STIPULATION

WHEREFORE, the parties hereby stipulate to continue the CMC to **May 22, 2009**, or such other date as the Court deems appropriate, and request an order continuing the conference to that date.

IT IS SO STIPULATED.

Dated: April 2, 2009        KELLY, HOCKEL & KLEIN P.C.

By  // Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendant

Dated: April 2, 2009        LAW OFFICE OF MATHEW R. STALL

By  // Matthew R. Stall
    Attorney for Plaintiff

### ORDER

Pursuant to the parties stipulation, the Case Management Conference in this matter is hereby continued to May 22, 2009, Courtroom 7, 19th Floor, at 10:30 a.m.

IT IS SO ORDERED.

Dated: April 8, 2009        _____
                            UNITED STATES DISTRICT JUDGE