**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANET ROBINSON, et al.,

        Plaintiff,

  v.

HARTFORD FINANCIAL SERVICES GROUP,

        Defendant.

_____/

No. C 09-0195 MMC

**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

      By order filed April 14, 2009, the Court directed defendant to lodge a chambers copy of its Answer, filed April 2, 2009, in compliance with General Order 45 and the Court's Standing Orders.  (See Order filed Apr. 14, 2009.)  To date, defendant has failed to submit a chambers copy of the above-referenced document.

      Accordingly, if defendant fails to deliver to the Clerk's Office a chambers copy of its Answer by April 30, 2009, the Answer will be stricken.

      **IT IS SO ORDERED**.

Dated: April 27, 2009

                       MAXINE M. CHESNEY
                       United States District Judge