1  THOMAS K. HOCKEL (State Bar No. 172367)
   KELLY, HOCKEL & KLEIN P.C.
2  44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808
   thockel@khklaw.com
5
6  Attorneys for Defendants
   HARTFORD FINANCIAL SERVICES GROUP, INC.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JANET ROBINSON and OSCAR GUITON, JR, | Case No. C 09-0195 MMC |
|---|---|
| Plaintiff, | **STIPULATION ENLARGING TIME TO COMPLETE MEDIATION;** ~~PROPOSED~~ ORDER |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, | |
| Defendants. | |

1   Plaintiffs JANET ROBINSON and OSCAR GUITON, JR, and defendant HARTFORD
2   FINANCIAL SERVICES GROUP, by and through their respective counsel, hereby stipulate and request
3   an order as follows:
4       1.   On April 2, 2009, the parties entered into a stipulation choosing court-sponsored
5   mediation as their ADR process.
6       2.   On April 8, 2009, the Court ordered the parties to mediation pursuant to their stipulation
7   and further ordered that the parties to compete mediation within 90 days of the issuance of the order.
8       3.   This action involves a life insurance claim. The central issue is whether the decedent's
9   policy was appropriately rescinded by her insurer based on her failure to disclose certain medical
10  conditions.
11      4.   The parties agree that mediation is unlikely to be fruitful if sufficient discovery has not
12  been conducted before mediation takes place. Specifically, the parties agree that the depositions of two
13  or three of the decedent's physicians need to be taken before this matter will be ripe for mediation.
14      5.   The parties agree there is insufficient time to take the depositions of the decedents'
15  doctors, obtain the transcripts, evaluate the evidence, prepare for mediation and attend mediation before
16  the current default deadline of 90 days will expire.
17      6.   The parties therefore stipulate to and request a 90-day extension of the time within which
18  to complete mediation, such that mediation must be completed by **September 4, 2009**.
19      7.   The requested extension of the deadline for completion of mediation will not impact any
20  of the dates set by the Court at the initial case management conference in this matter.

**IT IS SO STIPULATED.**

Dated:  June 4, 2009                    KELLY, HOCKEL & KLEIN P.C.


                                        By_// Thomas K. Hockel_____
                                            Thomas K. Hockel
                                            Attorneys for Defendant

Dated: June 4, 2009                    LAW OFFICE OF MATHEW R. STALL


By // Matthew R. Stall
             Attorney for Plaintiff

### ORDER

Good cause appearing, the Court hereby approves the parties' stipulation and hereby extends deadline for completion of mediation through and including ~~August 5, 2009.~~ September 4, 2009.

**IT IS SO ORDERED.**


Dated: June 5, 2009                    [signature]
                                       UNITED STATES DISTRICT JUDGE