1  THOMAS K. HOCKEL (State Bar No. 172367)
   KELLY, HOCKEL & KLEIN P.C.
2  44 Montgomery Street, Suite 2500
3  San Francisco, California 94104
   Telephone:    415/951-0535
4  Facsimile:    415/391-7808
   thockel@khklaw.com
5

6  Attorneys for Defendants
   HARTFORD FINANCIAL SERVICES GROUP, INC.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON and OSCAR GUITON, JR, | Case No. C 09-0195 MMC |
| Plaintiff, | **STIPULATION FURTHER ENLARGING TIME TO COMPLETE MEDIATION;** ~~PROPOSED~~ **ORDER** |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, | |
| Defendants. | |

---

**STIPULATION FURTHER ENLARGING TIME TO COMPLETE MEDIATION; PROPOSED ORDER**

C09-0195 MMC

Plaintiffs JANET ROBINSON and OSCAR GUITON, JR, and defendant HARTFORD FINANCIAL SERVICES GROUP, by and through their respective counsel, hereby stipulate and request an order as follows:

1. On April 2, 2009, the parties entered into a stipulation choosing court-sponsored mediation as their ADR process.

2. On April 8, 2009, the Court ordered the parties to mediation pursuant to their stipulation and further ordered that the parties to compete mediation within 90 days of the issuance of the order.

3. This action involves a life insurance claim. The central issue is whether the decedent's policy was appropriately rescinded by her insurer based on her failure to disclose certain medical conditions.

4. The parties agree that mediation is unlikely to be fruitful if sufficient discovery has not been conducted before mediation takes place. Specifically, the parties agree that the depositions of two or three of the decedent's physicians need to be taken before this matter will be ripe for mediation.

5. The parties agree there is insufficient time to take the depositions of the decedents' doctors, obtain the transcripts, evaluate the evidence, prepare for mediation and attend mediation before the current default deadline of 90 days will expire.

6. The parties previously stipulated to and requested a 90-day extension of the time within which to complete mediation. The Court approved of that stipulation. As such, the current mediation deadline is September 4, 2009. The parties scheduled mediation for August 28, 2009.

7. Defense counsel has attempted to locate the decedent's main physician, Dr. Sabir, in order to take her deposition. Unfortunately, defendant has been informed and believes that Dr. Sabir is no longer practicing in California; that her California medical license is not active; and that she may be practicing in Massachusetts. Defense counsel has tracked down a telephone number believed to be Dr. Sabir's number in Massachusetts and has made several attempts to reach her in order to determine her location and schedule a deposition. To date, defense counsel's efforts have been unsuccessful.

8. The inability to locate Dr. Sabir and take her deposition has caused an unforeseen delay in preparations necessary to ensure a successful mediation.

9. The parties have conferred among themselves and with the mediator and agree that a further 30-day extension of the mediation deadline is necessary to enable the parties to be able to continue their efforts to locate and depose Dr. Sabir and conduct a meaningful deposition. The mediator has indicated his support for this stipulation.

10. The requested extension of the deadline for completion of mediation will not impact any of the dates set by the Court at the initial case management conference in this matter.

**IT IS SO STIPULATED.**

Dated: August 17, 2009         KELLY, HOCKEL & KLEIN P.C.


By // Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendant


Dated: August 17, 2009         LAW OFFICE OF MATHEW R. STALL


By // Matthew R. Stall
    Attorney for Plaintiff


**ORDER**

Good cause appearing, the Court hereby approves the parties' stipulation and hereby extends deadline for completion of mediation through and including October 5, 2009.

**IT IS SO ORDERED.**

Dated: August 18, 2009         _____
                               UNITED STATES DISTRICT JUDGE