| | |
|---|---|
| 1 | THOMAS K. HOCKEL (State Bar No. 172367) |
| 2 | KELLY, HOCKEL & KLEIN P.C. |
|   | 44 Montgomery Street, Suite 2500 |
| 3 | San Francisco, California 94104 |
|   | Telephone:   415/951-0535 |
| 4 | Facsimile:   415/391-7808 |
| 5 | thockel@khklaw.com |
| 6 | Attorneys for Defendants |
| 7 | HARTFORD FINANCIAL SERVICES GROUP, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANET ROBINSON and OSCAR GUITON, JR, | ) | Case No. C 09-0195 MMC |
| Plaintiff, | ) ) | **STIPULATION FURTHER ENLARGING** |
| v. | ) ) | **TIME TO COMPLETE MEDIATION;** |
| HARTFORD FINANCIAL SERVICES GROUP, | ) ) | ~~PROPOSED~~ **ORDER** |
| Defendants. | ) ) | |

---

**STIPULATION FURTHER ENLARGING TIME TO COMPLETE MEDIATION; PROPOSED ORDER**

C09-0195 MMC

Plaintiffs JANET ROBINSON and OSCAR GUITON, JR, and defendant HARTFORD FINANCIAL SERVICES GROUP, by and through their respective counsel, hereby stipulate and request an order as follows:

1. The Court previously extended the parties' deadline for completion of mediation to October 6, 2009.

2. Mediation was scheduled for September 30, 2009, with Stephen H. Sulmeyer.

3. On September 28, 2009, Mr. Sulmeyer informed the parties that his father had passed away and mediation would need to be rescheduled.

4. The parties and mediator have agreed to reschedule mediation for October 21, 2009, which is beyond the mediation deadline.

5. Accordingly, the parties hereby stipulate to extend the deadline to October 22, 2009, to enable them to complete the mediation on October 21, 2009.

6. This stipulation will not affect any other deadlines scheduled by the Court.

**IT IS SO STIPULATED.**

Dated: October 14, 2009          KELLY, HOCKEL & KLEIN P.C.


By // Thomas K. Hockel
　　　Thomas K. Hockel
　　　Attorneys for Defendant


Dated: October 14, 2009          LAW OFFICE OF MATHEW R. STALL


By // Matthew R. Stall
　　　Attorney for Plaintiff

## ORDER

Good cause appearing, the Court hereby approves the parties' stipulation and hereby extends deadline for completion of mediation through and including October 21, 2009.

**IT IS SO ORDERED.**

Dated: October 19, 2009


UNITED STATES DISTRICT JUDGE

STIPULATION FURTHER ENLARGING TIME TO COMPLETE MEDIATION; PROPOSED ORDER
C09-0195 MMC
Page 3