IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON, et al., | No. C 09-0195 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, | |
| Defendant / | |

The court-appointed mediator having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiffs' claims alleged herein against defendant be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: December 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge