THOMAS K. HOCKEL (State Bar No. 172367)
KELLY, HOCKEL & KLEIN P.C.
One Sansome Street, Suite 1800
San Francisco, California 94104
Telephone: 415/951-0535
Facsimile: 415/391-7808
thockel@khklaw.com

Attorneys for Defendants
HARTFORD FINANCIAL SERVICES GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ROBINSON and OSCAR GUITON, JR, | Case No. C 09-0195 MMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE;** [PROPOSED ORDER] |
| v. | |
| HARTFORD FINANCIAL SERVICES GROUP, | AND ORDER THEREON |
| Defendants. | |

Pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: February 17, 2010         KELLY, HOCKEL & KLEIN P.C.


By // Thomas K. Hockel
    Thomas K. Hockel
    Attorneys for Defendant


Dated: February 17, 2010         LAW OFFICE OF MATHEW R. STALL


By // Matthew R. Stall
    Attorney for Plaintiff


### ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses this action with prejudice in its entirety as to all defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 18, 2010         _____
    UNITED STATES DISTRICT JUDGE